**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
<u>**CHAPTER 13 PLAN (Individual Adjustment of Debts)**</u>

    <u>Second</u>   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Cheryl Brown    JOINT DEBTOR: _____    CASE NO.: 16-18806 RAM
Last Four Digits of SS# 8551    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 149.89 for months 1 to 36 in order to pay the following creditors:

<u>Administrative</u>: Administrative Fees $ 3,650.00 - $500.00
(Safe Harbor Fees 3500.00+150.00=3,650.00)
BD $ 3,150.00 payable $ 134.90 /month (Months 1 to 23 )
                payable $ 47.30 /month (Months 24 to 24 )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date    $_____
Address: _____    Arrears Payment    $_____/month (Months ____ to ____)
_____    Arrears Payment    $_____/month (Months ____ to ____)
Account No: _____    Regular Payment    $_____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payment | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0 % | $ 0.00 | 0 | $0 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
1. _____    Total Due $ _____
                      Payable $_____/month (Months ____ to ____)
<u>Unsecured Creditors</u>:    Pay $ 87.60 /month (Months 24 to 24 )
                         Pay $ 134.90 /month (Months 25 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor surrenders and abandons all interest in Priority One Credit Union of Florida account #19693 suffix #00 (loan secured by cash in account).

    *s/ Cheryl Brown*
Debtor:                                    Joint Debtor:
Date: 09/23/16                        Date: _____

LF-31 (rev. 01/08/10)